IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| JESSE ANTHONY ROBERTS, | ) |
| Plaintiff/Counter-Defendant | ) |
| vs. | ) File No.4:08-cv-39 |
| AMCO INSURANCE COMPANY | ) JURY DEMAND |
| Defendant/Counter-Plaintiff | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by signatures of counsel below, all matters between the parties have been compromised and settled and each party bears their own discretionary costs.

IT IS, THEREFORE, ORDERED

That this cause is dismissed as to all claims with full prejudice.

_/s/ Susan K. Lee_
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**

/s/ *Michael D. Galligan*
Michael D. Galligan (#03181)
Bud Sharp (#024183)
P.O. Box 289
McMinnville, TN 37111
(931) 473-8405
Counsel for Plaintiff/Counter-Defendant

/s/ *James D. Madewell*
James D. Madewell, BPR #3337
Attorney for Defendant/Counter-Plaintiff
230 N. Washington Avenue
Cookeville, Tennessee 38501
Office: 931-526-6101